No. 451. The People v. González.—Appeal from the District Court of San Juan, Section 2. Motion to dismiss appeal. Decided October 11, 1912. Motion overruled. *Mr. Manuel F. Rossy* for appellant. *Mr. Charles E. Foote, fiscal,* for The People.

---

No. 455. The People v. Barquet et al.—Appeal from the District Court of Ponce. Motion to dismiss appeal. Decided October 11, 1912. Motion overruled. *Mr. Felipe Casalduc* for appellants. *Mr. Charles E. Foote, fiscal,* for The People.

---

No. 462. The People v. Patrón, Jr.—Appeal from the District Court of San Juan, Section 2. Motion to dismiss appeal. Decided October 11, 1912. Motion overruled. *Mr. Celestino Iriarte* for appellant. *Mr. Charles E. Foote, fiscal,* for The People.

---

No. 454. The People v. Bonnelli.—Appeal from the District Court of San Juan, Section 2. Motion to dismiss appeal. Decided October 11, 1912. Motion overruled. *Mr. Herminio Díaz Navarro* for appellant. *Mr. Charles E. Foote, fiscal,* for The People.

---

No. 458. The People v. Ramos et al.—Appeal from the District Court of San Juan, Section 2. Decided October 14, 1912. Judgment appealed from affirmed. The appellants did not appear. *Mr. Charles E. Foote, fiscal,* for The People.

---

No. 459. The People v. Curé et al.—Appeal from the District Court of San Juan, Section 2. Decided October 14, 1912. Judgment appealed from affirmed. The appellant did not appear. *Mr. Charles E. Foote, fiscal,* for The People.